Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

# UNITED SATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA HERRERA LTD., a Delaware limited company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01724-TLN-JDP<br>Assigned to Hon. Troy L. Nunley<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT CAROLINA HERRERA LTD.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

# ORDER

Having reviewed the Stipulation to Extend the Time for Defendant Carolina Herrera LTD to Respond to the Initial Complaint ("Stipulation"), and having found good cause to approve the Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby **APPROVED**.

2. Defendant Carolina Herrera LTD is hereby granted an extension from November 4, 2020 to December 4, 2020 to respond to the Complaint.

DATED: October 30, 2020

_____
Troy L. Nunley
United States District Judge